IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW KARL-JOSEPH KORZECZEK,

                Plaintiff,         Case No: 25-cv-11719

 -vs-                                   Hon. Victoria A. Roberts

DAVID LOCH, MICHAEL NARDUZZI,
JEREMY PITTMAN and LANGSTON BOWENS,
 Jointly and Severally, and in their Individual Capacities,

                Defendants.

| BEN M. GONEK (P43716) | G. GUS MORRIS (P32960) |
|---|---|
| Law Offices of Ben M. Gonek, PLLC | McGraw Morris PC |
| Attorneys for Plaintiff | Attorneys for Defendants Loch |
| 500 Griswold Street, Suite 3500 | Narduzzi and Pittman |
| Detroit, MI  48226 | 2075 W. Big Beaver Road, Suite 750 |
| (313) 962-5210 | Troy, MI  48084 |
| | (248) 502-4000 |

ANDREA J. BRADLEY (P70474)
Bradley Law Center, PLLC
Attorneys for Defendant Bowens
615 Griswold, Suite, 1308
Detroit, MI. 48226
313.962.6020

## **APPEARANCE AND NOTICE OF APPEARANCE**

  **TO:**   Clerk of the Court

        Ben M Gonek
        500 Griswold Street, Suite 3500
        Detroit, MI  48226

        G. Gus Morris
        2075 W. Big Beaver Road, Suite 750
        Troy, MI  48084

Please enter the appearance of the Bradley Law Center, PLLC, by Andrea J. Bradley (P70474) as counsel for Defendant Langston Bowens, in the above referenced matter and please take notice as of this date that Bradley Law Center, PLLC has entered its appearance in this matter on behalf of the Defendant Langston Bowens.

        Respectfully Submitted,

        BRADLEY LAW CENTER, PLLC

        By: /s/ *Andrea J Bradley*
        Andrea J. Bradley (P70474)
        615 Griswold, Suite 1308
        Detroit, MI 48226
        (313) 962-6020

Dated: January 22, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he served a copy of the foregoing Appearance and Notice of Appearance on January 22, 2016 on all counsel of record in accordance with this Court's policies and procedures for service of electronically filed documents.

        Respectfully Submitted,

        BRADLEY LAW CENTER, PLLC

        By: /s/ *Andrea J Bradley*
        Andrea J. Bradley (P70474)
        615 Griswold, Suite 1308
        Detroit, MI 48226
        (313) 962-6020

Dated: January 22, 2016